WILLIAM BARRETT, Respondent, *v.* THE BROOKLYN
    HEIGHTS RAILROAD COMPANY, Appellant.

*Negligence — railroads — injury to one who boarded car solely for*
    *purpose of paying fares of others and was thrown therefrom by sudden*
    *jerk of car.*

    *Barrett* v. *Brooklyn Heights R. R. Co.*, 188 App. Div. 109, affirmed.
(Submitted May 5, 1921; decided July 14, 1921.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 27, 1919, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff with three ladies boarded one of defendant's trolley cars of the Fulton street line, at the corner of Fulton and Middagh streets in the borough of Brooklyn, city of New York. The ladies went inside of the car and took a seat, and plaintiff remained on the back platform. After the car was in motion and had crossed Middagh street, plaintiff paid the fares of the three ladies and told the conductor that he desired to get off at the next corner. He had no intention of becoming a passenger. The conductor rang one bell for the car to stop. Plaintiff got on the step of the car when it was about in the middle of the block. The car slackened its speed after the conductor had rung the bell and then, with a jerk, increased its speed and plaintiff was thrown from the car.

    *Trabue Carswell* and *George D. Yeomans* for appellant.
    *William V. Burke* for respondent.

    Judgment affirmed, with costs; no opinion.

    Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Deceased: CHASE, J.